Marrero, J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- x
PROCTOR & GAMBLE PRODUCTIONS, INC.,

               Plaintiff,

         -v-

SIGNATURE SOUND, INC.;
HALFTOOTH RECORDS, LLC;
DOROTHY SCHRAGER, *in her capacity as Executor of the Estate of ELLIOT SCHRAGER;*
DOROTHY SCHRAGER, *in her individual capacity;* and DAVID SCHRAGER.

               Defendants
-------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED 3/18/11

Case Number 10-Civ-7201 (VM) (HBP)

**STIPULATION AND ORDER EXTENDING DEFENDANTS' TIME TO ANSWER**

     **IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned attorneys for the respective parties as follows:

     1. Defendants' time to answer, move, or otherwise respond to Plaintiff's Amended Complaint in the above-referenced action is hereby extended from March 15, 2011 to, and including, May 14, 2011;

     2. This stipulation may be executed in counterparts and exchanged by PDF, fax or other electronic means and such electronic counterparts shall have the same effect as if a single document had been executed and a copy thereof shall be treated as if an original for all purposes.

[936955-1]

Dated: New York, New York
March 11, 2011

| GOLDBERG SEGALLA LLP (Buffalo) | ZANE AND RUDOFSKY |
|---|---|
| By: *(signature)* <br> Christopher John Belter <br><br> 665 Main Street <br> Suite 400 <br> Buffalo, New York 14203 <br> (716) 566-5400 <br> *Attorneys for Plaintiff* | By: *(signature)* <br> Edward S. Rudofsky <br><br> 601 West 26t Street <br> New York, New York 10001 <br> (212) 245-2222 <br> *Attorneys for Defendant Signature Sound, Inc.* |
| TANNENBAUM HELPERN SYRACUSE & HIRSCHTRITT LLP <br><br> By: *(signature)* <br> Vincent J. Syracuse <br> Joel S. Hirschtritt <br> Maryann C. Stallone <br><br> 900 Third Avenue <br> New York, New York 10022 <br> (212) 508-6700 <br><br> *Attorneys for Defendants Halftooth Records, LLC; Dorothy Schrager, in her capacity as Executor Of the Estate of Elliot Schrager; Dorothy Schrager, in her individual capacity; and David Schrager* | |

SO ORDERED:

March /0 , 2011

*(signature)*

VICTOR MARRERO, U.S.D.J.

[936955-1]