UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

| | |
|---|---|
| PROCTER & GAMBLE PRODUCTIONS, INC., | 10 Civ. 7201 (VM) |
| Plaintiff, | ECF case |
| - against - | **RULE 7.1** |
| SIGNATURE SOUND, INC., HALFTOOTH RECORDS, LLC, DOROTHY SCHRAGER, *in her capacity as Executor of the Estate of ELLIOT SCHRAGER*, DOROTHY SCHRAGER, in her individual capacity, and DAVID SCHRAGER, | **DISCLOSURE STATEMENT** |
| Defendants. | |

------------------------------------------------------------------X

Under Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for defendant Halftooth Records, LLC, certify that it has no parent corporation or publicly-held corporation which owns 10% or more of its stock.

Dated: New York, New York
       May 13, 2011

                                          **INGRAM YUZEK GAINEN CARROLL
                                          & BERTOLOTTI, LLP**

                                          By: David G. Ebert (debert@ingramllp.com)
                                              Mioko Tajika (mtajika@ingramllp.com)
250 Park Avenue
New York, New York 10177
(212) 907-9600

383211_1/03347-0001