UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
PROCTER & GAMBLE PRODUCTIONS, INC.,                :        10 Civ. 7201 (VM)
                                                   :
                        Plaintiff,                 :        ECF case
                                                   :
        - against -                                :
                                                   :        **NOTICE OF APPEARANCE**
SIGNATURE SOUND, INC., HALFTOOTH                   :
RECORDS, LLC, DOROTHY SCHRAGER, *in her*           :
*capacity as Executor of the Estate of ELLIOT*
*SCHRAGER*, DOROTHY SCHRAGER, in her               :
individual capacity, and DAVID SCHRAGER,
                                                   :
                        Defendants.
------------------------------------------------------------------X

**PLEASE TAKE NOTICE** that the undersigned appears as counsel for defendants Halftooth Records, LLC, Dorothy Schrager, in her individual capacity and as Executor of the Estate of Elliot Schrager, and David Schrager in the above-captioned action and requests that all notices given or required to be given, and all papers served or required to be served, be given to and served upon:

> **INGRAM YUZEK GAINEN**
>  **CARROLL & BERTOLOTTI, LLP**
> 250 Park Avenue
> New York, NY  10177
> Mioko C. Tajika
> Tel:  (212) 907-9622
> Fax:  (212) 907-9681
> E-Mail: mtajika@ingramllp.com

Dated:  New York, New York              **INGRAM YUZEK GAINEN**
        May 13, 2011                     **CARROLL & BERTOLOTTI, LLP**

                                        By: _____
                                             Mioko C. Tajika
                                        250 Park Avenue
                                        New York, New York 10177
                                        (212) 907-9622