

# GOLDBERG SEGALLA LLP
*Attorneys at Law*

Christopher J. Belter
Partner
Direct dial 716.566.5412
cbelter@goldbergsegalla.com

665 Main Street / Suite 400
Buffalo, New York 14203-1425
716.566.5400 FAX 716.566.5401
www.goldbergsegalla.com

May 24, 2011

**VIA FACSIMILE (212) 805-6382**
**and US FIRST CLASS MAIL**
Hon. Victor Marrero
Suite 660
United States Courthouse
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/26/11
```

Re:    Procter & Gamble Productions, Inc. v. Signature Sound, Inc., et al.
       Civil Action No.: 10-cv-7201
       Our File No.: 12895.0079

Dear Judge Marrero:

Our office represents the Plaintiff in this matter, Procter & Gamble Productions, Inc.

We are writing to respectfully request an adjournment, on consent, of the conference that is scheduled with Your Honor on June 17, 2011. We request this adjournment, on consent, due to a scheduling conflict with our office.

This is our first request for an adjournment and we respectfully request that the conference be adjourned to the next possible conference date in June or early July.

Thank you for your attention to this matter.

Very truly yours,

Christopher Belter

CJB/jlh

Cc:    *via electronic mail*
       David G. Ebert, Esq.
       Edward S. Rudofksy, Esq.

Request GRANTED. The initial conference herein is rescheduled to 6-24-11 at 9:15 a.m.

SO ORDERED.

5-26-11
DATE            VICTOR MARRERO, U.S.D.J.

Philadelphia • New York • Buffalo • Rochester • Syracuse • Albany • White Plains • Long Island • Princeton • Hartford

Affiliated with Studio Legale Gaslini, Milan and Viareggio, Italy