

# GOLDBERG SEGALLA LLP
*Attorneys at Law*

Christopher J. Belter
Partner
Direct dial 716.566.5412
cbelter@goldbergsegalla.com

665 Main Street / Suite 400
Buffalo, New York 14203-1425
716.566.5400 FAX 716.566.5401
www.goldbergsegalla.com

June 9, 2011

**VIA FACSIMILE (212) 805-6382
and US FIRST CLASS MAIL**
Hon. Victor Marrero
Suite 660
United States Courthouse
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/20/11
```

Re: Procter & Gamble Productions, Inc. v. Signature Sound, Inc., et al.
Civil Action No.: 10-cv-7201
Our File No.: 12895.0079

Dear Judge Marrero:

As you know, our office represents the Plaintiff in this matter, Procter & Gamble Productions, Inc.

We are writing to respectfully request an additional adjournment, on consent, of the conference that is scheduled with Your Honor on June 24, 2011. We request this adjournment, on consent, due to personal family matter that cannot be rescheduled.

This is our second request for an adjournment and we respectfully request that the conference be adjourned to the next possible conference date in June or early July. We have conferred with opposing counsel and the only dates that we are unavailable are June 28, 2011, June 29, 2011 and July 1, 2011. I respectfully apologize for not advising Your Honor of this conflict when I submitted the previous request to adjourn this conference on May 24, 2011.

Thank you for your attention to this matter.

Very truly yours,

Christopher Belter

CJB/jlh

Cc: *via electronic mail*
David G. Ebert, Esq.
Edward S. Rudofsky, Esq.

Request GRANTED. The next status conference herein is rescheduled to 7-1-11 at 9:45 A.M.

**SO ORDERED.**

6-17-11
DATE   VICTOR MARRERO, U.S.D.J.