USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/11/11

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
PROCTER & GAMBLE PRODUCTIONS,           :
                                        :   10 Civ. 7201 (VM)
                         Plaintiff,     :
                                        :
     - against -                        :
                                        :
SIGNATURE SOUND, INC., et al.,          :
                                        :
                         Defendants.    :
----------------------------------------X
----------------------------------------X
DOROTHY SCHRAGER,                       :
                                        :   11 Civ. 4378 (VM)
                         Plaintiff,     :
                                        :
     - against -                        :
                                        :
SINDEE LEVIN,                           :       ORDER
                                        :
                         Defendant.     :
----------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

Upon review of the complaints and other papers filed with the Court in connection with the two cases captioned above, the Court noted that the complaints describe the same or substantially similar underlying events and operative facts, and assert claims arising out of the same or substantially similar actions against all or most of the same defendants and that the parties in both cases respectively are represented by the same counsel. Accordingly, it is hereby

**ORDERED** that the Clerk of Court is directed to consolidate the two cases captioned above for all pretrial

purposes; and it is further

**ORDERED** that all filings in connection with the consolidated action be docketed against the remaining lower number case, 10 Civ. 7201; and it is finally

**ORDERED** that the Clerk of Court close the referenced higher numbered case, 11 Civ. 4378, as a separate action and remove it and any pending motions from the Court's database.

**SO ORDERED.**

Dated:   NEW YORK, NEW YORK
         11 July 2011

_____
Victor Marrero
U.S.D.J.