# Affidavit of Process Server

## UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK

**DOROTHY SCHRAGER vs SINDEE LEVIN**   Case Number: **11CIV4378**

I **Housne Yassine**, being first duly sworn, depose and say: that I am over the age of 18 years and not a part to this action, and that within the boundries of the state where service was effected, I was authorized by law to perform said service.

Party Served: **SINDEE LEVIN**

By leaving with **MARQUIS HIMES (26yrs; 5'8"; 160lbs; Blk Male; drk hair; brn eyes) - MAIL CLERK AT COMMERCIAL MAIL RECEIVING AGENCY**

Documents Served: **Summons in a Civil Action;Complaint with Exhibit A;Civil Cover Sheet;Individual Practices of Judge Stanton;Individual Practices of magistrate Judge pitman;[Blank Form] Notice;Consent and Reference of a Civil Action to a Magistrate and the Electronic Case Filing Rules and Instructions dated April 4, 2011**

Served at this location: **, 149 SOUTH BARRINGTON AVENUE, # 810, LOS ANGELES, CA 90049**

Date Served: **7/2/2011**  Time of Service: **10:40 AM**

**Thereafter copies of the documents were mailed by prepaid, first class mail on July 07, 2011 FROM LOS ANGELES CA 90017**

**Manner of Service:**

☐ **PERSONAL SERVICE:** By personally delivering copies to the person being served.

☐ **SUBSTITUTED SERVICE AT RESIDENCE:** By personally delivering copies to the dwelling house or usual place of abode of the person (or authorized person on behalf of an entity) being served. Person receiving documents must be at least 18 years of age and should be informed of the general nature of the papers.

☐ **SUBSTITUTED SERVICE AT BUSINESS:** By leaving, during normal business hours, copies at the office of the person/entity being served with the person apparently in charge thereof.

☐ **POSTING:** By posting copies in a conspicuous manner to the front door of the person/entity being served.

☒ **PHYSICAL ADDRESS UNKNOWN:** By leaving with a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him of her of the general nature of the papers.

☐ **Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed , I have been unable to effect process upon the person/entity being served because of the following reasons(s) shown on the attached list of attempt(s)

☐ **Other:**

SIGNATURE OF PROCESS SERVER

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*<br>David G. Ebert<br>Ingram Yuzek Gainen Carroll & Bertolotti, LLP<br>250 Park Avenue, 6th Floor  New York, NY 10177<br>TELEPHONE NO.: **(212) 907-9600**  FAX NO.*(Optional)*:<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: : | FOR COURT USE ONLY |

UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK
  STREET ADDRESS:
  MAILING ADDRESS:
  CITY AND ZIP CODE: **NEW YORK, NY**
  BRANCH NAME: **SOUTHERN DISTRICT OF NEW YORK**

PLAINTIFF/PETITIONER: DOROTHY SCHRAGER
DEFENDANT/RESPONDENT: SINDEE LEVIN

CASE NUMBER: **11CIV4378**

Ref. No. or File No.:

## DECLARATION OF DILIGENCE

I received the within process on  June 30, 2011 and that after due and diligent effort I have not been able to personally serve said person. I made the following attempts on the dates and times listed below to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

Servee: **SINDEE LEVIN**

Documents: **Summons in a Civil Action;Complaint with Exhibit A;Civil Cover Sheet;Individual Practices of Judge Stanton;Individual Practices of magistrate Judge pitman;[Blank Form] Notice;Consent and Reference of a Civil Action to a Magistrate and the Electronic Case Filing Rules and Instructions dated April 4, 2011**

As enumerated below:

**June 30, 2011 -- 4:55 PM**          149 SOUTH BARRINGTON AVENUE, # 810
                                       LOS ANGELES, CA 90049
  Given address is a UPS postal store. Subject is a box holder, was not in at time of attempt..

**July 01, 2011 -- 11:26 AM**         149 SOUTH BARRINGTON AVENUE, # 810
                                       LOS ANGELES, CA 90049
  Given address is a UPS postal store. Subject is a box holder, was not in at time of attempt..

**July 02, 2011 -- 10:40 AM**         149 SOUTH BARRINGTON AVENUE, # 810
                                       LOS ANGELES, CA 90049
  Substituted service effected.

County:  Los Angeles
Registration No.:  2559
Janney & Janney Attorney
Service, Inc.
1545 Wilshire Blvd., Suite 311
Los Angeles, CA 90017
(213) 628-6338

I declare under penalty of perjury the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on: July 13, 2011 at Los Angeles, California.

Signature: _____
            Housne Yassine

**DECLARATION OF DILIGENCE**

Order#: LA763458    /DilFormat.mdl

# CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

State of California

County of __Los Angeles__

On __7-13-2011__ before me, __Jack W. Biggerstaff, Notary Public__
  Date                             Here Insert Name and Title of the Officer

personally appeared __Housne Yassine__
                          Name(s) of Signer(s)

[Notary Seal: JACK W. BIGGERSTAFF, COMM. # 1824448, NOTARY PUBLIC - CALIFORNIA, LOS ANGELES COUNTY, COMM. EXPIRES NOV. 25, 2012]

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____
              Signature of Notary Public

Place Notary Seal Above

--- OPTIONAL ---

*Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

**Description of Attached Document**

Title or Type of Document: __Affidavit of Service & Declaration of Diligence__

Document Date: __7-2-11__                     Number of Pages: __2__

Signer(s) Other Than Named Above: __0__

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: _____
☐ Individual
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Attorney in Fact
☐ Trustee
☐ Guardian or Conservator
☐ Other: _____

Signer Is Representing: _____

[RIGHT THUMBPRINT OF SIGNER, Top of thumb here]

Signer's Name: _____
☐ Individual
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Attorney in Fact
☐ Trustee
☐ Guardian or Conservator
☐ Other: _____

Signer Is Representing: _____

[RIGHT THUMBPRINT OF SIGNER, Top of thumb here]

©2007 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.NationalNotary.org   Item #5907   Reorder: Call Toll-Free 1-800-876-6827

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: <br> David G. Ebert <br> Ingram Yuzek Gainen Carroll & Bertolotti, LLP <br> 250 Park Avenue, 6th Floor  New York, NY 10177 | FOR COURT USE ONLY |
|---|---|
| TELEPHONE NO.: **(212) 907-9600**   FAX NO. *(Optional)*: <br> E-MAIL ADDRESS *(Optional)*: <br> ATTORNEY FOR *(Name)*: : | |
| **UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK** <br> STREET ADDRESS: <br> MAILING ADDRESS: <br> CITY AND ZIP CODE: **NEW YORK, NY** <br> BRANCH NAME: **SOUTHERN DISTRICT OF NEW YORK** | |
| PLAINTIFF/PETITIONER:  **DOROTHY SCHRAGER** <br> DEFENDANT/RESPONDENT:  **SINDEE LEVIN** | CASE NUMBER: <br> **11CIV4378** |
| **PROOF OF SERVICE BY MAIL** | Ref. No. or File No.: |

I am a citizen of the United States and employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 1545 Wilshire Blvd., Los Angeles, CA 90017.

On  July 07, 2011, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCIV.P 4(d)(1) was made, I mailed copies of the:

**Summons in a Civil Action;Complaint with Exhibit A;Civil Cover Sheet;Individual Practices of Judge Stanton;Individual Practices of magistrate Judge pitman;[Blank Form] Notice;Consent and Reference of a Civil Action to a Magistrate and the Electronic Case Filing Rules and Instructions dated April 4, 2011**

to the defendant in said action by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at LOS ANGELES, California, addressed as follows:

**SINDEE LEVIN**

**149 SOUTH BARRINGTON AVENUE # 810**
**LOS ANGELES, CA 90049**

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage   thereon fully prepaid at LOS ANGELES, California in the ordinary course of business.

Fee for Service:

Janney & Janney Attorney Service, Inc.
1545 Wilshire Blvd., Suite 311
Los Angeles, CA 90017
(213) 628-6338

I declare under penalty of perjury under the laws of the The United States that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on  July 07, 2011.

Signature: _K. Alexanian II_ (signature)

K. Alexanian II

**PROOF OF SERVICE BY MAIL**

Order#: LA763458   /mailproof

# CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

State of California

County of _Los Angeles_

On _7-13-11_ before me, _Jack W. Biggerstaff, notary public_,
     Date                                Here Insert Name and Title of the Officer

personally appeared _K. Alexanian III_
                                                Name(s) of Signer(s)

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _[signature]_
               Signature of Notary Public

JACK W. BIGGERSTAFF
COMM. # 1824448
NOTARY PUBLIC - CALIFORNIA
LOS ANGELES COUNTY
COMM. EXPIRES NOV. 25, 2012

Place Notary Seal Above

— OPTIONAL —

*Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

**Description of Attached Document**

Title or Type of Document: _Proof of Service by mail_

Document Date: _7-7-11_    Number of Pages: _1_

Signer(s) Other Than Named Above: _0_

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: _____
- ☐ Individual
- ☐ Corporate Officer — Title(s): _____
- ☐ Partner — ☐ Limited ☐ General
- ☐ Attorney in Fact
- ☐ Trustee
- ☐ Guardian or Conservator
- ☐ Other: _____

Signer Is Representing: _____

RIGHT THUMBPRINT OF SIGNER
Top of thumb here

Signer's Name: _____
- ☐ Individual
- ☐ Corporate Officer — Title(s): _____
- ☐ Partner — ☐ Limited ☐ General
- ☐ Attorney in Fact
- ☐ Trustee
- ☐ Guardian or Conservator
- ☐ Other: _____

Signer Is Representing: _____

RIGHT THUMBPRINT OF SIGNER
Top of thumb here

©2007 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.NationalNotary.org   Item #5907   Reorder: Call Toll-Free 1-800-876-6827