AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

Southern                    DISTRICT OF                    NEW YORK

## APPEARANCE

Case Number:  10 Civ. 7201 (VM)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendant Sindee Levin

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 8/19/2011 | _(signature)_ |
| Date | Signature |
| | IRA DANIEL TOKAYER, ESQ.                    4734 |
| | Print Name                                         Bar Number |
| | 405 Lexington Avenue, 7th Floor |
| | Address |
| | New York              NY              10174 |
| | City                    State           Zip Code |
| | (212) 695-5250              (212) 695-5450 |
| | Phone Number                      Fax Number |