UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/1/11

------------------------------------------------------------X
PROCTER & GAMBLE PRODUCTIONS, INC.,    :     10 Civ. 7201 (VM)

     Plaintiff,    :     ECF case

  - against -    :

SIGNATURE SOUND, INC., HALFTOOTH    :
RECORDS, LLC, DOROTHY SCHRAGER, *in her*
*capacity as Executor of the Estate of ELLIOT*    :
*SCHRAGER*, DOROTHY SCHRAGER, *in her*
*individual capacity*, and DAVID SCHRAGER,    :

     Defendants.    :
------------------------------------------------------------X
------------------------------------------------------------X
DOROTHY SCHRAGER, *in her*    :
*capacity as Executor of the Estate of ELLIOT*
*SCHRAGER*, DOROTHY SCHRAGER, *in her*    :     **STIPULATION**
*individual capacity*, HALFTOOTH RECORDS, LLC.      **AND ORDER**
and DAVID SCHRAGER,    :

     Third-Party Plaintiffs,    :

  - against -    :

P. RICHARD SCHWAEBER, P.C., RICHARD    :
SCHWAEBER, ROBERT SCHWAEBER and
WAYNE SCHWAEBER and MICHAEL JABICK,

            :

     Third-Party Defendants.
------------------------------------------------------------X
------------------------------------------------------------X
DOROTHY SCHRAGER,    :

         :     11 Civ. 4378 (VM)
     Plaintiff,    :

  - against -    :

SINDEE LEVIN,    :

     Defendant.    :
------------------------------------------------------------X

390399_1/03347-0001

Dorothy Schrager (Schrager"), plaintiff in the Consolidated Action, and Sindee Levin ("Levin"), defendant in the Consolidated Action, by their counsel, stipulate as follows:

### Recitals

A.   On June 28, 2011, Schrager filed a Complaint for Declaratory Relief against Levin, which was consolidated into this Consolidated Action on July 11, 2011.

B.   Schrager and Levin both agree that the date upon which service of the Complaint for Declaratory Relief was effective is August 19, 2011.

C.   During a July 1, 2011 conference (the "Conference") counsel for the parties in the main action (the "PGP Action") agreed to participate in a mediation (the "Mediation") after certain preliminary discovery was completed in the PGP Action and the Third-Party Action was commenced. Levin's counsel, who had not yet appeared in the Consolidated Action, did not attend the Conference.

D.   After the Conference, counsel for Schrager and Levin (the "Parties") agreed that any Mediation in the PGP Action should also include Levin.

### Terms

1.   Levin's date by which to answer, move or otherwise respond to the Complaint filed against her by Schrager in this Consolidated Action is adjourned until 30 days after the Mediation is concluded.

2.   Levin shall refrain from filing any claims against Schrager in the currently pending action between Procter & Gamble Productions and Sindee Levin in the Central District of California (CV 11-01333GW) (the "California Action"), until the Mediation is concluded. The time period between the execution of this Stipulation and the completion of Mediation shall not be included in computing the running of any statute of limitations on any potential future claims by Levin against Schrager, or Schrager against Levin.

3.   For purposes of this Stipulation, the Mediation shall be deemed to have been concluded on the date on which the last Mediation session occurs without any further mediation sessions having been scheduled.

390399_1/03347-0001

4. Each of the Parties reserve in the California Action and the Consolidated Action all objections to jurisdiction, venue, convenience of forum, and all other objections and defenses ("Objections and Defenses") and nothing in this Stipulation shall be construed to waive any such Objections or Defenses in any action or proceeding for any purpose. All such Objections and Defenses may be raised in responsive pleadings of Levin or Schrager subsequent to the completion of Mediation.

5. The Parties agree that neither party has consented in either the California Action or the New York Action to jurisdiction of the court, venue, or convenience of forum by entering into this Stipulation or by appearing at the Mediation.

**INGRAM YUZEK GAINEN CARROLL & BERTOLOTTI, LLP**

*Attorneys for Dorothy Schrager, in her individual capacity and as Executor of the Estate of Elliot Schrager, David Schrager, and Halftooth Records, LLC in the Main Action and Third-Party Action, and for Dorothy Schrager in the Consolidated Action*

By: _____ 8/24/11
David G. Ebert
Mioko C. Tajika
250 Park Avenue
New York, New York 10177
(212) 907-9600

**IRA TOKAYER, ESQ.**

*Attorney for Sindee Levin in the Consolidated Action*

By: _____ 8/24/11
Ira Tokayer
405 Lexington Avenue
7th Floor
New York 10174
(212) 695-5250

**SO ORDERED:**

_____
U.S.M.J.
9-1-11

390399_1/03347-0001