UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
PROCTER & GAMBLE PRODUCTIONS, INC.,          No. 10 Civ 7201 (VM)

                           Plaintiff(s),
   -against-

SIGNATURE SOUND, INC.; ET AL.,
                                                **AFFIDAVIT OF SERVICE**
                          Defendant(s).
-----------------------------------------------------------X
DOROTHY SCHRAGER, in her capacity as
Executor of the Estate of ELLIOT
SCHRAGER; ET AL.,

                    Third-Party Plaintiff(s),
   -against-
                                                No. 11 Civ 4378 (VM)
P. RICHARD SCHWAEBER, P.C.; ET AL.,

                    Third-Party Defendant(s).
-----------------------------------------------------------X
AND CONSOLIDATED ACTION
-----------------------------------------------------------X
STATE OF NEW YORK   )
                            s.s :
COUNTY OF NEW YORK  )

     JOSEPH SANCHEZ, being duly sworn, deposes and says that he is an employee of KEATING & WALKER ATTORNEY SERVICES, INC., is over the age of eighteen years and is not a party to the action.
     That on the 18th day of August, 2011, at approximately 2:54 p.m., deponent served a true copy of the **Summons in a Civil Action; Third-Party Complaint; Judge's Rules and ECF Rules and Instructions** upon Wayne Schwaeber c/o P. Richard Schwaeber, P.C. at 6 Marilane, Westport, Connecticut 06880 by personally delivering and leaving the same with Wayne Schwaeber at that address. At the time of service deponent asked whether the defendant is in active military service for the United States or for the State in any capacity whatsoever or dependent upon such person and received a negative reply.

(1)

Wayne Schwaeber is a white male, approximately 50 years of age, is approximately 5 feet and 9 inches tall, weighs approximately 210 pounds, with short light brown hair and brown eyes.

Sworn to before me this
29th day of August, 2011

JOSEPH SANCHEZ #1155200

MICHAEL J. KEATING
NOTARY PUBLIC, STATE OF NEW YORK
Reg. No. 01-KE-4851559
Qualified in New York County
Commission expires February 03, 2014