UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
PROCTER & GAMBLE PRODUCTIONS, INC.,          No. 10 Civ 7201 (VM)

                    Plaintiff(s),
     -against-

SIGNATURE SOUND, INC.; ET AL.,

                                                    **AFFIDAVIT OF SERVICE**
                    Defendant(s).
-----------------------------------------------------------------X
DOROTHY SCHRAGER, in her capacity as
Executor of the Estate of ELLIOT
SCHRAGER; ET AL.,

                    Third-Party Plaintiff(s),
     -against-
                                                    No. 11 Civ 4378 (VM)
P. RICHARD SCHWAEBER, P.C.; ET AL.,

                    Third-Party Defendant(s).
-----------------------------------------------------------------X
AND CONSOLIDATED ACTION
-----------------------------------------------------------------X
STATE OF NEW YORK     )
                                s.s :
COUNTY OF NEW YORK  )

        JOSEPH SANCHEZ, being duly sworn, deposes and says that he is an employee
of KEATING & WALKER ATTORNEY SERVICES, INC., is over the age of eighteen
years and is not a party to the action.
        That on the 18th day of August, 2011, at approximately 2:54 p.m., deponent
served a true copy of the **Summons in a Civil Action; Third-Party Complaint;
Judge's Rules and ECF Rules and Instructions** upon Richard Schwaeber c/o P.
Richard Schwaeber, P.C. at 6 Marilane, Westport, Connecticut 06880 by personally
delivering and leaving the same with Wayne Schwaeber, who is a person of suitable age
and discretion, at that address, the actual place of business of the defendant. At the time
of service deponent asked whether the defendant is in active military service for the
United States or for the State in any capacity whatsoever or dependent upon such person
and received a negative reply.

(1)

Wayne Schwaeber is a white male, approximately 50 years of age, is approximately 5 feet and 9 inches tall, weighs approximately 210 pounds, with short light brown hair and brown eyes.

That on the 29th day of August, 2011 deponent served another copy of the foregoing upon the defendant by enclosing a true copy thereof in a securely sealed and postpaid wrapper with the words "PERSONAL and CONFIDENTIAL" written on the same, and not indicating on the outside that it is from an attorney or concerns a legal matter, and depositing the same into an official depository maintained by the Government of the United States, City and State of New York, addressed as follows:

**Richard Schwaeber**
**c/o P. Richard Schwaeber, P.C.**
**6 Marilane**
**Westport, Connecticut 06880**

Sworn to before me this
29th day of August, 2011

JOSEPH SANCHEZ #1155200

MICHAEL J. KEATING
NOTARY PUBLIC, STATE OF NEW YORK
Reg. No. 01-KE-4851559
Qualified in New York County
Commission expires February 03, 2014

(2)