UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
PROCTER & GAMBLE PRODUCTIONS, INC.,        No. 10 Civ 7201 (VM)

                         Plaintiff(s),
  -against-

SIGNATURE SOUND, INC.; ET AL.,
                                             **AFFIDAVIT OF SERVICE**
                         Defendant(s).
-------------------------------------------------------------X
DOROTHY SCHRAGER, in her capacity as
Executor of the Estate of ELLIOT
SCHRAGER; ET AL.,

                      Third-Party Plaintiff(s),
  -against-
                                             No. 11 Civ 4378 (VM)

P. RICHARD SCHWAEBER, P.C.; ET AL.,

                      Third-Party Defendant(s).
-------------------------------------------------------------X
AND CONSOLIDATED ACTION
-------------------------------------------------------------X
STATE OF NEW YORK    )
                             s.s :
COUNTY OF NEW YORK  )

      JOSEPH SANCHEZ, being duly sworn, deposes and says that he is an employee of KEATING & WALKER ATTORNEY SERVICES, INC., is over the age of eighteen years and is not a party to the action.

      That on the 18th day of August, 2011, at approximately 2:54 p.m., deponent served a true copy of the **Summons in a Civil Action; Third-Party Complaint; Judge's Rules and ECF Rules and Instructions** upon P. Richard Schwaeber, P.C. at 6 Marilane, Westport, Connecticut 06880 by personally delivering and leaving the same with Wayne Schwaeber, who stated that he is authorized to accept service.

      Wayne Schwaeber is a white male, approximately 50 years of age, is approximately 5 feet and 9 inches tall, weighs approximately 210 pounds, with short light brown hair and brown eyes.

Sworn to before me this
29th day of August, 2011

_____
NOTARY PUBLIC, STATE OF NEW YORK

_____
JOSEPH SANCHEZ #1155200

MICHAEL KEATING
Notary Public, State of New York
Reg. No. 01-KE-4851559
Qualified in New York County
Commission Expires February 3, 2014