UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------X

PROCTER & GAMBLE PRODUCTIONS, INC., Plaintiff(s),

-against-

SIGNATURE SOUND, INC.; ET AL., Defendant(s).

No. 10 Civ 7201 (VM)

**AFFIDAVIT OF SERVICE**

----------------------------------------------------------X

DOROTHY SCHRAGER, in her capacity as Executor of the Estate of ELLIOT SCHRAGER; ET AL., Third-Party Plaintiff(s),

-against-

P. RICHARD SCHWAEBER, P.C.; ET AL., Third-Party Defendant(s).

No. 11 Civ 4378 (VM)

----------------------------------------------------------X

AND CONSOLIDATED ACTION

----------------------------------------------------------X

STATE OF NEW YORK )
s.s :
COUNTY OF NEW YORK )

JOSEPH SANCHEZ, being duly sworn, deposes and says that he is an employee of KEATING & WALKER ATTORNEY SERVICES, INC., is over the age of eighteen years and is not a party to the action.

That on the 18th day of August, 2011, at approximately 2:28 p.m., deponent served a true copy of the **Summons in a Civil Action; Third-Party Complaint; Judge's Rules and ECF Rules and Instructions** upon Michael Jabick at 33 Maple Avenue North, Westport, Connecticut 06880 by personally delivering and leaving the same with Daniel Jabick (he identified himself as the son of Michael Jabick), who is a person of suitable age and discretion, at that address, the actual place of residence of the defendant. At the time of service deponent asked whether the defendant is in active military service for the United States or for the State in any capacity whatsoever or dependent upon such person and received a negative reply.

Daniel Jabick is a white male, approximately 21 years of age, is approximately 5 feet and 9 inches tall, weighs approximately 210 pounds, with short brown hair and brown eyes.

Sworn to before me this
29th day of August, 2011

JOSEPH SANCHEZ #1155200

MICHAEL J. KEATING
**NOTARY PUBLIC, STATE OF NEW YORK**
**Reg. No. 01-KE-4851559**
**Qualified in New York County**
**Commission expires February 03, 2014**