# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-- - - - - - - - - - - - - - - - - - - - - - - - - - - - -- - - - - - X

IN THE MATTER OF REASSIGNMENT

                                 NOTICE OF REASSIGNMENT

           OF

 CASES FROM HON. VICTOR MARRERO

-- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

       The cases on the attached list are reassigned to the calendar of:

                     HON. KATHERINE B. FORREST

       The attorney(s) for the plaintiff(s) are requested to serve a copy of this Notice of

Reassignment on all defendants.

Dated: November 14, 2011

                        Ruby J. Krajick, CLERK

                     Shante Jones

By: _____

                     Deputy Clerk

cc: Attorneys of Record

Judge Marrero to Judge Forrest

09cv6608

09cv8081

10cv2172

10cv2192

10cv6052

10cv7201

10cv8670

11cv1216

11cv1600 Related 11cv1607

11cv4249

11cv5271

11cv2191