UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

PROCTER & GAMBLE PRODUCTIONS, INC., :

                Plaintiff,     :     10 Civ. 7201 (VM)(HBP)
                                       11 Civ. 4378 (VM)

   -against-                      :
                                           SCHEDULING
SIGNATURE SOUND, INC., et al.,      :     ORDER

                Defendants.    :

------------------------------------X

        PITMAN, United States Magistrate Judge:

        An initial pretrial conference having been held on November 4, 2011, for the reasons stated on the record in open court and with the consent of counsel, it is hereby ORDERED that:

        1.  Any motions to amend the pleadings or to join additional parties shall be made by January 4, 2012.

        2.  All fact discovery in this matter shall be completed no later than August 3, 2012.

        3.  If plaintiff intends to rely on an expert witness, plaintiff shall make all required expert disclosures no later than August 3, 2012.

        4.  If defendants intend to rely on an expert witness, defendants shall make all required expert disclosures no later than September 14, 2012.

5. Dispositive motions, if any, shall be made no later than October 19, 2012.

6. The Pretrial Order, in the form required by Judge Marreo's rules, along with all other pretrial submissions required by Judge Marreo, shall be filed on November 19, 2012, or thirty days after the final decision on any dispositive motion (if the pretrial order is still necessary after such decision), whichever date is later. Plaintiff shall serve a draft of their portion of the Pretrial Order on counsel for defendant no later than fifteen days prior to the Pretrial Order's due date. For the convenience of all parties, a copy of Judge Marreo's rules is available on the Court's website: www.nysd.uscourts.gov.

Dated: New York, New York
November 10, 2012

SO ORDERED

HENRY PITMAN
United States Magistrate Judge

Copies transmitted to:

Christopher John Belter, Esq.
Goldberg Segalla, LLP
665 Main Street, Suite 400
Buffalo, New York 14203

2

David Glenn Ebert, Esq.
Ingram Yuzek Gainen Carroll & Bertolotti, LLP
250 Park Avenue
New York, New York 10177

Mioko Catherine Tajika, Esq.
Ingram Yuzek Gainen Carroll & Bertolotti, LLP
250 Park Avenue
New York, New York 10177

Ira Daniel Tokayer, Esq.
Law Offices of Ira Daniel Tokayer, Esq.
405 Lexington Avenue
7th Floor
New York, New York 10174

Samantha Beth Lansky, Esq.
Goldberg Segalla LLP
200 Old Country Road, Ste. 210
Mineola, New York 11501