```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                           :
PROCTER & GAMBLE PRODUCTIONS, INC.,        :     10 Civ. 7201 (KBF)(HBP)
                                           :     11 Civ. 4378 (KBF)
                         Plaintiff,        :
                                           :           ORDER
           -v-                             :
                                           :
SIGNATURE SOUND, INC., et al.,             :
                                           :
                         Defendants.       :
------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 0 1 DEC 2011

KATHERINE B. FORREST, District Judge:

IT IS HEREBY ORDERED that the Order of Reference to a Magistrate Judge, entered August 8, 2011, is vacated.

All matters will proceed before Judge Forrest, except for matters related to settlement.

IT IS FURTHER ORDERED that matters relating to settlement are referred to Judge Pitman.

IT IS FURTHER ORDERED that the parties shall appear on February 10, 2012 at 9:30 a.m. in Courtroom 15A, United States Courthouse, 500 Pearl Street, New York, NY 10007, for a status conference.

IT FURTHER ORDERED that the parties be prepared to address the following subjects:

1. The status of discovery in the case;

2. Potential dispositive motions (including, if any such motions are anticipated, a proposed briefing schedule);

3. The issues to be tried in the case;

4. The anticipated length of trial; and

5. The status of any settlement discussions.

SO ORDERED:

Dated:     New York, New York
           December  1 , 2011

                                        _____
                                        KATHERINE B. FORREST
                                        United States District Judge