```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
PROCTER & GAMBLE PRODUCTIONS, INC., :   10 Civ. 7201 (KBF)(HBP)
                                    :   11 Civ. 4378 (KBF)
                    Plaintiff,      :
                                    :            ORDER
          -v-                       :
                                    :
SIGNATURE SOUND, INC., et al.,      :
                                    :
                    Defendants.     :
------------------------------------X
```



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JAN 17 2012

KATHERINE B. FORREST, District Judge:

On January 10, 2012, the parties in the related action, Schrager v. Levin, 11 Civ. 4378 (the "Levin Action"), submitted a Stipulation and Order of dismissal. That stipulation was entered on the docket for this lead action and inadvertently terminated this action. Accordingly, it is hereby

ORDERED that the Clerk of Court shall restore the lead action, 10 Civ. 7201, to the active docket.

The Levin action, 11 Civ. 4378, shall remain closed. All prior dates and orders of the Court shall remain in full effect.

SO ORDERED:

Dated:   New York, New York
         January 17, 2012

_____
KATHERINE B. FORREST
United States District Judge